Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EDVIN PIRVERDIAN, an individual;<br>and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Jury Trial Demanded |

Brandon Vogts, through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.      This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

4.      Vogts is a professional photographer residing in Los Angeles, CA. Vogts specializes in photographing real estate and architecture.

5.      Upon information and belief, Defendant Edvin Pirverdian is an individual residing and/or maintaining principal places of business in this judicial district at 6051 Varna Ave, Van Nuys, CA 91401; and 5920 Hillview Park Ave, Valley Glen, CA 91401.

6.      Upon information and belief, Defendants DOES 1-10 (collectively with Pirverdian, "Defendants"), are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Plaintiff, who therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7.    Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATION OF THE SUBJECT PHOTOGRAPHS

8.      Vogts took and owns 21 original photographs registered with the U.S. Copyright Office (collectively, the "Subject Photographs").

9.      Following the publication and display of the Subject Photographs, Defendants (and each of them) uploaded and displayed verbatim copies of the Subject Photographs, in their entireties and for commercial purposes, on zillow.com, redfin.com, and rent.com without Vogts' permission (collectively, the "Accused Posts"):



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 1 | 20230830_5920_Hillview_Park_Ave_001 | |
| 2 | 20230830_5920_Hillview_Park_Ave_002-2 | |
| 3 | 20230830_5920_Hillview_Park_Ave_004 | |

3

COMPLAINT



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 4 | 20230830_5920_Hillview_Park_Ave _005 | |
| 5 | 20230830_5920_Hillview_Park_Ave _006 | |
| 6 | 20230830_5920_Hillview_Park_Ave _008 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 7 | 20230830_5920_Hillview_Park_Ave_009 | |
| 8 | 20230830_5920_Hillview_Park_Ave_010 | |
| 9 | 20230830_5920_Hillview_Park_Ave_012 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 10 | 20230830_5920_Hillview_Park_Ave_013 | |
| 11 | 20230830_5920_Hillview_Park_Ave_015 | |
| 12 | 20230830_5920_Hillview_Park_Ave_018 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 13 | 20230830_5920_Hillview_Park_Ave_019 | |
| 14 | 20230830_5920_Hillview_Park_Ave_021 | |
| 15 | 20230830_5920_Hillview_Park_Ave_022 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 16 | 20230830_5920_Hillview_Park_Ave_024 | |
| 17 | 20230830_5920_Hillview_Park_Ave_026 | |
| 18 | 20230830_5920_Hillview_Park_Ave_028 | |
| 19 | | |

COMPLAINT



| # | Subject Photographs | Accused Posts |
|---|---|---|
| | 20230830_5920_Hillview_Park_Ave_031 | |
| 20 | | |
| | 20230830_5920_Hillview_Park_Ave_040 | |
| 21 | | |
| | 20230830_5920_Hillview_Park_Ave_042 | |

10.     In December 2023, Vogts sent correspondence to Pirverdian demanding that he remove the Accused Posts and provide information regarding the unauthorized exploitation of the Subject Photographs to explore an amicable resolution without litigation. The parties were unable to reach such a resolution, necessitating this action.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against All Defendants, and Each)

11.     Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

12. Upon information and belief, Plaintiff alleges that Defendants, and each of them, had access to the Subject Photographs, including through Multiple Listing Services, Plaintiff's website, a third-party website, an authorized licensee of the Subject Photographs, or Internet search engine; and/or because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photographs.

13. Defendants, and each of them, displayed, distributed, and/or otherwise used the Subject Photographs for commercial purposes without Plaintiff's permission.

14. Due to Defendants' (and each of their) acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

15. Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. This entitles Plaintiff to disgorgement of Defendants' profits attributable to their infringement in an amount to be established at trial.

16. Upon information and belief, Plaintiff alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of, or in reckless disregard or willful blindness for, Plaintiff's rights, such that said acts of copyright infringement were willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

      a. That Plaintiff be awarded Defendants' profits, plus Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

      b. That Plaintiff be awarded its fees under 17 U.S.C. § 505;

      c. That Plaintiff be awarded its recoverable costs in this action;

d.  That Plaintiff be awarded pre-judgment interest as allowed by law;

e.  That Plaintiff be awarded such further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: April 30, 2024                    DONIGER / BURROUGHS

                          By:   /s/ *Stephen M. Doniger*
                                Stephen M. Doniger, Esq.
                                Benjamin F. Tookey, Esq.
                                *Attorneys for Plaintiff*